UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | |
| | : | Criminal No. 08-09 |
| MICHELLE DAVIS | : | |

**ORDER**

This matter having been opened to the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant Michelle Davis (Henry Klingeman, Esq., appearing) and good cause having been shown,

IT IS, therefore, on this 21st day of July, 2008,

ORDERED that the defendant's Motion For Severance is hereby GRANTED on consent of the Government;

IT IS FURTHER ORDERED, that the defendant's Motion For A Bill Of Particulars is hereby held in abeyance on consent of the defendant pending further actions to be taken by the Government, including possible further Grand Jury action and/or further discovery which may make this branch of defendant's motion moot;

IT IS FURTHER ORDERED that the defendant may at any time, without prejudice, notify the Court that it requests the Court to rule on the Motion For A Bill Of Particulars, at which time the Government will have ten days from the date of the request to respond.

IT IS FURTHER ORDERED that the trial date in this matter is continued until 10/20/08, and that the period of time from the date of this order through 10/20/08, shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv).

                                                HON. KATHERINE S. HAYDEN
                                                United States District Judge

\* Pretrial conference is scheduled for 10/6/08 at 11:30 A.M. Jury selections shall commence on 10/14/08 at 9:00 a.m. Jury trial scheduled to start 10/20/08 at 9:00 a.m.

2