UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | |
| | : | Criminal No. 08-09 |
| MICHELLE DAVIS | : | |

**ORDER**

This matter having been opened to the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant Michelle Davis (Henry Klingeman, Esq., appearing) and good cause having been shown,

IT IS, therefore, on this 29 day of September, 2008,

ORDERED that the Government's Motions *In Limine* shall be filed no later than Monday, October 6, 2008;

IT IS FURTHER ORDERED, that the defendant's response thereto shall be filed no later than October 10, 2008.

IT IS FURTHER ORDERED that jury selection will commence at 9:30 a.m. on October 14, 2008.

IT IS FURTHER ORDERED that opening statements will commence October 16, 2008 at 11:30 a.m.

_____
HON. KATHERINE S. HAYDEN
United States District Judge