UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


United States of America                          Criminal #: 08-09-10 (KSH)


       v.

**O R D E R**

Michelle Davis


      This matter having come before the Court on the government's motion concerning jury instructions (D.E. 112) and the defendant's motion to server (D.E. 81); and good cause appearing and for the reasons set forth on the record on October 14, 2008,

      It is on this 16th day of October, 2008

      **ORDERED** that the motion to sever is **dismissed as moot** because a superseding indictment has been filed against defendant; and it is further

      **ORDERED** that the motion to instruct the jury on willful blindness is **denied as premature and may be renewed on the record at the close of evidence.**

      /s/ Katharine S. Hayden

_____

      Katharine S. Hayden, U.S.D.J.

                                                        KATHARINE S. HAYDEN, U.S.D.J.