UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Criminal No. 08-09 |
| MICHELLE DAVIS | : | |

**ORDER**

This matter having been opened to the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Robert Frazer and Anthony Mahajan, Assistant U.S. Attorneys, appearing), and defendant Michelle Davis (Henry Klingeman, Esq., appearing) and good cause having been shown,

IT IS, therefore, on this 26th day of January, 2009

ORDERED that the Government's Response To Defendant's Motion Pursuant To Rule 29 of the Federal Rules Of Criminal Procedure shall be filed no later than Tuesday, February 17, 2009;

IT IS FURTHER ORDERED, that the hearing on the motion shall take place at 10:00 a.m. on March 3, 2009.  IT IS FURTHER ORDERED that the sentence in this matter remains on March 23, 2009 at 10:00 a.m.

HON. KATHARINE S. HAYDEN
United States District Judge