UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
UNITED STATES OF AMERICA,   :   Hon. Katherine S. Hayden
              Plaintiff,    :   Crim. No. 08-009 (KSH)
     v.                     :
MICHELLE DAVIS,             :   SCHEDULING ORDER
              Defendant.    :
---------------------------------------------------------------x

THIS MATTER having been brought before the Court by Defendant MICHELLE DAVIS (Henry E. Klingeman, Esq., appearing) for a motion schedule; the UNITED STATES OF AMERICA (AUSA Robert Frazer, appearing) having no objection; and for good cause shown,

IT IS, on this 29th day of May, 2009,

ORDERED that Defendant's Motion for Bail Pending Appeal shall be filed no later than June 15, 2009;

ORDERED that the Government's Opposition to the Motion shall be filed no later than June 25, 2009; and

ORDERED that oral argument, will be held on 7/6/09 at 11:00 a.m.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge

1