Henry E. Klingeman, Esq.
KROVATIN KLINGEMAN LLC
744 Broad Street, Suite 1903
Newark, New Jersey 07102
Tel 973-424-9777
Fax 973-424-9779
Email hklingeman@klingeman.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    Hon. Katherine S. Hayden

           Plaintiff,                Crim. No. 08-009 (KSH)

    v.

MICHELLE DAVIS,

           Defendant.            **ORDER EXTENDING TIME FOR**
                                              **VOLUNTARY SURRENDER**

-----------------------------------------------------------------x

THIS MATTER having come before the Court on the Motion of Defendant Michelle

Davis (Henry E. Klingeman, Esq., appearing) for an Order Extending Time for Voluntary

Surrender for service of her sentence; the United States of America (Assistant U.S. Attorney

Robert Frazer, appearing) having no objection; the Court having reviewed the record of

proceedings to date, including Defendant's record of compliance with the terms and conditions

of release imposed by the Court; and for good cause shown,

IT IS ON THIS _15th_ day of _June_, 2009:

ORDERED that Defendant shall surrender to the custody of the Bureau of Prisons no

earlier than _July 14_, 2009 or as soon thereafter as the Bureau of Prisons shall

designate;

IT IS FURTHER ORDERED that Defendant shall surrender to the custody of the Bureau of Prisons at a location to be designated by the Bureau of Prisons; and

IT IS FURTHER ORDERED that all terms and conditions of release shall continue in full force and effect until such time as Defendant surrenders to the custody of the Bureau of Prisons.

HON. KATHARINE S. HAYDEN
United States District Judge