UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | |
| | : | Criminal No. 08-09 |
| MICHELLE DAVIS | : | |

**ORDER**

This matter having been opened to the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant Michelle Davis (Henry Klingeman, Esq., appearing) and a Motion For Bail Pending Appeal having been filed by the defendant and opposed by the Government, and a hearing having been held on June 22, 2009 after the parties submitted written briefs in support and in opposition to the motion,

IT IS, therefore, on this 9th day of July, 2009

ORDERED that the defendant's motion is denied in its entirety;

IT IS FURTHER ORDERED, that the Court's previous Order, delaying defendant's surrender to the Bureau of Prisons until July 14, 2009 is hereby VACATED on consent of the defendant; and

IT IS FURTHER ORDERED that the defendant surrender to the Bureau of Prisons consistent with the notice previously sent to all parties on or before June 30, 2009.

／s／ KSHayden
HON. KATHARINE S. HAYDEN
United States District Judge